# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
MORALES, VICENTE ORLANDO                         §        Case No. 09-25378 KRM
MORALES, DAMARIS                                 §
                                                §
              Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANGELA WELCH ESPOSITO, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANGELA WELCH ESPOSITO, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance P.O. Box 105027 Atlanta, GA 30348 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wachovia Bank P.O. Box 3117 Winston Salem, NC 27102 | | | | | |
| | Wells Fargo Home Mortgage 405 S.W. 5th Street Des Moines, IA 50309 | | | | | |
| 000004 | WACHOVIA BANK, NATIONAL ASSOCIATION | | | | | |
| 000005 | WELLS FARGO HOME MORTGAGE | | | | | |
| 000019 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANGELA WELCH ESPOSITO | | | | | |
| ANGELA WELCH ESPOSITO | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF BANKRUPTCY COURT | | | | | |
| CLERK OF BANKRUPTCY COURT | | | | | |
| LASH ESQ., THOMAS | | | | | |
| LASH ESQ., THOMAS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services P.O. Box 650485 Dallas, TX 75265 | | | | | |
| | Bank of America P.O. Box 15126 Wilmington, DE 19886 | | | | | |
| | Ed Financial P.O. Box 31549 Knoxville, TN 37930 | | | | | |
| | FIA Card Services P.O. Box 15137 Wilmington, DE 19850 | | | | | |
| | FIA Card Services P.O. Box 15137 Wilmington, DE 19850 | | | | | |
| | Florida Pediatric Associates P.O. Box 1960 Saint Petersburg, FL 33731-1960 | | | | | |
| | HSBC Card Services Dept. 9600 Carol Stream, IL 60128-9600 | | | | | |
| | HSBC Retail P.O. Box 15524 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services Processing Center Des Moines, IA 50364 | | | | | |
| | Household Bank P.O. Box 5222 Carol Stream, IL 60197 | | | | | |
| | Sallie Mae P.O. Box 9533 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae P.O. Box 9533 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae P.O. Box 9533 Wilkes Barre, PA 18773 | | | | | |
| | Sears Card P.O. Box 6283 Sioux Falls, SD 57117 | | | | | |
| | Sears Credit Card P.O. Box 6936 The Lakes, NV 88901 | | | | | |
| 000008 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000039 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000040 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000043 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000044 | CHASE BANK USA, N.A. | | | | | |
| 000014 | CR EVERGREEN, LLC | | | | | |
| 000020 | CR EVERGREEN, LLC | | | | | |
| 000021 | CR EVERGREEN, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000006 | ECMC | | | | | |
| 000009 | ECMC | | | | | |
| 000017 | FIA CARD SERVICES, NA AS SUCCESSOR | | | | | |
| 000018 | FIA CARD SERVICES, NA AS SUCCESSOR | | | | | |
| 000010 | FIRST EQUITY CARD | | | | | |
| 000033 | HSBC BANK NEVADA, N.A. | | | | | |
| 000041 | HSBC BANK NEVADA, N.A. | | | | | |
| 000034 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000015 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000016 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000022 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000025 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000026 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000028 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000029 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000030 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000031 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000035 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000036 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000037 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000045 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000038 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| 000023 | SUNCOAST SCHOOLS FCU | | | | | |
| 000024 | SUNCOAST SCHOOLS FCU | | | | | |
| 000002 | WACHOVIA CARD SERVICES | | | | | |
| 000003 | WACHOVIA CARD SERVICES | | | | | |
| 000042 | BAY AREA PHYS. SURGERY CTR | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000012 | CHASE BANK USA, N.A. | | | | | |
| 000007 | DIGESTIVE DISEASES ASSOC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000032 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

Case No:      09-25378      KRM   Judge: K. RODNEY MAY

Case Name:   MORALES, VICENTE ORLANDO
             MORALES, DAMARIS

For Period Ending: 05/29/13

Trustee Name:   ANGELA WELCH ESPOSITO, TRUSTEE

Date Filed (f) or Converted (c):   05/17/10 (c)

341(a) Meeting Date:   06/18/10

Claims Bar Date:   09/16/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 1404 Thistledown Drive Brandon, FL 33510 Legal Des | 104,000.00 | 0.00 | | 0.00 | FA |
| 2. 1404 Thistledown Drive Brandon, FL 33510 Legal Des | 104,000.00 | 0.00 | | 0.00 | FA |
| 3. Suncoast Schools F.C.U. Checking Account | 113.77 | 0.00 | | 0.00 | FA |
| 4. Suncoast Schools F.C.U. Savings Account | 350.00 | 0.00 | | 0.00 | FA |
| 5. Appliances, Electronics, Couch, Coffee Tables, Gui | 495.00 | 0.00 | | 0.00 | FA |
| 6. Men's Wardrobe | 65.00 | 0.00 | | 0.00 | FA |
| 7. Women's Wardrobe | 70.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Band, Watch | 95.00 | 0.00 | | 0.00 | FA |
| 9. Treadmill (Poor Condition) | 13.00 | 0.00 | | 0.00 | FA |
| 10. Suncoast Health Centers IRA | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Sinkhole Claim on 1404 Thistledown Drive Brandon, | 0.00 | Unknown | | 0.00 | FA |
| 12. 1999 Mercury Grand Marquis GS 142,000 miles; 8 Cyl | 900.00 | 676.77 | | 676.77 | FA |
| 13. 2005 Chevy Cavalier CPE 35,000 miles; 4 Cylinders; | 2,575.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Honda Accord SE (Lease) 29,000 miles; 6 Cylin<br>lease | 11,628.00 | 0.00 | | 0.00 | FA |
| 15. CONTINGENT CLAIMS  FDC BOA (u)<br>FDC Lash BOA | 0.00 | 2,400.00 | | 2,400.00 | FA |
| 16. CONTINGENT CLAIMS  FDC Chase (u)<br>FDC Lash Chase | 0.00 | 2,000.00 | | 2,000.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $226,304.77      $5,076.77            $5,076.77         $0.00

(Total Dollar Amount
in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-341 & concluded.  Issues:  FDC to atty Lash; veh over 676.77 sent ltr

-8/3/10 att called, need over 3 months, agreed 225.59 x 3

November 08, 2010, 10:33 am Filed app to Employ Lash Tracking No: FAKMD9K5JX

11/08/10 print poc reg and review

December 06, 2010, 04:00 pm imported and validated claims- Need objections to 3 and 41

December 23, 2010, 12:13 pm Filed objections

January 24, 2011, 04:57 pm Filed orders F3T2M1LYCT

February 01, 2011, 09:36 am  discuss status with attorney lash

Debtor paid balance for veh, all money collected from them, remaining issues are FDC only,

April 21, 2011, 03:01 pm Reveiw case -open issues FDC

September 26, 2011, 01:20 pm emailing David at Lash's office for status update

September 27, 2011, 12:27 pm David says FDC is "Active"

November 7, 2011, 04:46 pm -per David at Lash-FDC pending

-1/18/12 rev poc

-4/17/12 rev case, 2  FDC still pending

-5/4/12 work on sett agmt Chase

-5/7/12 rec'd executed sett agmt

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 09-25378    KRM    Judge: K. RODNEY MAY | |

Trustee Name: ANGELA WELCH ESPOSITO, TRUSTEE

| | |
|---|---|
| Case Name: | MORALES, VICENTE ORLANDO |
| | MORALES, DAMARIS |

Date Filed (f) or Converted (c):    05/17/10 (c)

341(a) Meeting Date:    06/18/10

Claims Bar Date:    09/16/10

-6/7/12 All $ IN

August 08, 2012, 02:06 pm Prepare for close

August 08, 2012, 02:07 pm Filed RNS for vehicle

August 29, 2012, 11:31 am Filed BOS

Preapre for close- Emaild Lash to ensure nothing pending.

August 29, 2012, 12:04 pm Nothing pending per David okay to close.

TFR

November 06, 2012, 10:31 am TFR re-do to correct adv filing fee amount & need to file objections to

claims no. 43 & 44

December 06, 2012, 11:12 am Filed orders on objections  ETUDM44BR8

December 10, 2012, 10:21 am Orders signed ready for close.

December 10, 2012, 11:54 am TFR re-do filed today

February 06, 2013, 09:42 am -NOTICE

March 06, 2013, 10:03 am -ECOD

-4/21/13 rec'd check to Wavhocia # 306 back in the mail bad address, researched, reissued to better

address.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/12

PFORM1

Ver: 17.02d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit 9

| Case No: | 09-25378  -KRM | | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Case Name: | MORALES, VICENTE ORLANDO | | Bank Name: | Union Bank |
| | MORALES, DAMARIS | | Account Number / CD #: | *******2091  Checking Account |
| Taxpayer ID No: | *******6197 | | | |
| For Period Ending: | 05/29/13 | | Blanket Bond (per case limit): | $ 47,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/10 | 12 | Moralse, Damaris & Vicente | pymt veh bb RNS Doc 101 | 1129-000 | 225.59 | | 225.59 |
| 09/21/10 | 12 | Morales, Damaris & Vicente | pmt veh RNS 101 | 1129-000 | 225.59 | | 451.18 |
| 10/23/10 | 12 | Morales, Damaris & Vicente | pymt  veh RNS 101 | 1129-000 | 225.59 | | 676.77 |
| 06/07/12 | 15 | Lash & Wilcox | FDC Sett BOA Order Doc No 74 | | 2,400.00 | | 3,076.77 |
| | | LASH & WILCOX | Memo Amount:        4,900.00 | 1242-000 | | | |
| | | | pymt | | | | |
| | | LASH ESQ., THOMAS | Memo Amount:    (    2,500.00 ) | 3210-000 | | | |
| 06/07/12 | 16 | Lash & Wilcox | FDC Sett Chase Order Doc No 97 | | 2,000.00 | | 5,076.77 |
| | | LASH & WILCOX | Memo Amount:        4,100.00 | 1242-000 | | | |
| | | | pymt | | | | |
| | | LASH ESQ., THOMAS | Memo Amount:    (    2,100.00 ) | 3210-000 | | | |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 9.83 | 5,066.94 |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 5,054.65 |
| 03/14/13 | 000301 | ANGELA WELCH ESPOSITO | Chapter 7 Compensation/Fees | 2100-000 | | 1,257.68 | 3,796.97 |
| | | 12157 W. Linebaugh Ave PMB 401 | | | | | |
| | | Tampa, FL  33626 | | | | | |
| 03/14/13 | 000302 | ANGELA WELCH ESPOSITO | Chapter 7 Expenses | 2200-000 | | 240.97 | 3,556.00 |
| | | 12157 W. Linebaugh Ave PMB 401 | | | | | |
| | | Tampa, FL  33626 | | | | | |
| 03/14/13 | 000303 | Clerk, United States Bankruptcy Court | CLERK, ADVERSARY FILING FEE | 2700-000 | | 250.00 | 3,306.00 |
| | | United States Bankruptcy Court | | | | | |
| | | 801 N. Florida Ave. | | | | | |
| | | Tampa, FL  33602-3899 | | | | | |
| 03/14/13 | 000304 | Clerk, United States Bankruptcy Court | CLERK, ADVERSARY FILING FEE | 2700-000 | | 293.00 | 3,013.00 |
| | | United States Bankruptcy Court | | | | | |
| | | 801 N. Florida Ave. | | | | | |
| | | Tampa, FL  33602-3899 | | | | | |
| 03/14/13 | 000305 | Discover Bank | Claim 000001, Payment 1.80247% | 7100-000 | | 8.26 | 3,004.74 |

Page Subtotals          5,076.77          2,072.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 17.02d

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-25378  -KRM | |
| Case Name: | MORALES, VICENTE ORLANDO | |
| | MORALES, DAMARIS | |
| Taxpayer ID No: | *******6197 | |
| For Period Ending: | 05/29/13 | |

| | |
|---|---|
| Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2091  Checking Account |
| Blanket Bond (per case limit): | $ 47,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/14/13 | 000306 | DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025<br>Wachovia Card Services<br>C/O Bankruptcy R4057-01P<br>PO Box 13765<br>Roanoke, VA 24037-3765 | Claim 000002, Payment 1.80293% | 7100-003 | | 164.11 | 2,840.63 |
| 03/14/13 | 000307 | ECMC<br>P.O Box 75906<br>St. Paul, MN 55175 | Claim 000006, Payment 1.80285% | 7100-000 | | 101.66 | 2,738.97 |
| 03/14/13 | 000308 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 1.80296% | 7100-000 | | 53.55 | 2,685.42 |
| 03/14/13 | 000309 | ECMC<br>P.O Box 75906<br>St. Paul, MN 55175 | Claim 000009, Payment 1.80287% | 7100-000 | | 144.24 | 2,541.18 |
| 03/14/13 | 000310 | First Equity Card<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000010, Payment 1.80288% | 7100-000 | | 122.98 | 2,418.20 |
| 03/14/13 | 000311 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Claim 000013, Payment 1.80284% | 7100-000 | | 113.61 | 2,304.59 |
| 03/14/13 | 000312 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000014, Payment 1.80290% | 7100-000 | | 149.73 | 2,154.86 |
| 03/14/13 | 000313 | PRA Receivables Management, LLC | Claim 000015, Payment 1.80292% | 7100-000 | | 226.29 | 1,928.57 |

| | | | | Page Subtotals | 0.00 | 1,076.17 | |

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-25378 -KRM | |
| Case Name: | MORALES, VICENTE ORLANDO | |
| | MORALES, DAMARIS | |
| Taxpayer ID No: | *******6197 | |
| For Period Ending: | 05/29/13 | |

| | |
|---|---|
| Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2091  Checking Account |
| Blanket Bond (per case limit): | $ 47,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/13 | 000314 | As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 | Claim 000016, Payment 1.80296% | 7100-000 | | 96.61 | 1,831.96 |
| 03/14/13 | 000315 | Fia Card Services, NA As Successor In Interest to Bank of America, NA and Mbna America Ban 1000 Samoset Drive DE5-023-03-03 Newark, DE 19713 | Claim 000017, Payment 1.80291% | 7100-000 | | 140.21 | 1,691.75 |
| 03/14/13 | 000316 | Fia Card Services, NA As Successor In Interest to Bank of America, NA and Mbna America Ban 1000 Samoset Drive DE5-023-03-03 Newark, DE 19713 | Claim 000018, Payment 1.80294% | 7100-000 | | 57.96 | 1,633.79 |
| 03/14/13 | 000317 | CR Evergreen, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000020, Payment 1.80284% | 7100-000 | | 130.36 | 1,503.43 |
| 03/14/13 | 000318 | CR Evergreen, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000021, Payment 1.80258% | 7100-000 | | 32.67 | 1,470.76 |
| 03/14/13 | 000319 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 | Claim 000022, Payment 1.80284% | 7100-000 | | 48.15 | 1,422.61 |
| 03/14/13 | 000320 | Suncoast Schools FCU | Claim 000023, Payment 1.80288% | 7100-000 | | 327.81 | 1,094.80 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 833.77 |

Ver: 17.02d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 09-25378  -KRM | | Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MORALES, VICENTE ORLANDO | | Bank Name: | Union Bank |
| | MORALES, DAMARIS | | Account Number / CD #: | *******2091  Checking Account |
| Taxpayer ID No: | *******6197 | | | |
| For Period Ending: | 05/29/13 | | Blanket Bond (per case limit): | $  47,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | COL 002<br>PO BOX 11904<br>Tampa, FL 33680 | | | | | |
| 03/14/13 | 000321 | Suncoast Schools FCU<br>COL 002<br>PO BOX 11904<br>Tampa, FL 33680 | Claim 000024, Payment 1.80286% | 7100-000 | | 370.08 | 724.72 |
| 03/14/13 | 000322 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Claim 000025, Payment 1.80315% | 7100-000 | | 14.85 | 709.87 |
| 03/14/13 | 000323 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Claim 000026, Payment 1.80322% | 7100-000 | | 14.53 | 695.34 |
| 03/14/13 | 000324 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Claim 000028, Payment 1.80264% | 7100-000 | | 28.40 | 666.94 |
| 03/14/13 | 000325 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Claim 000029, Payment 1.80309% | 7100-000 | | 7.95 | 658.99 |
| 03/14/13 | 000326 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541 | Claim 000030, Payment 1.80306% | 7100-000 | | 20.97 | 638.02 |
| 03/14/13 | 000327 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067 | Claim 000031, Payment 1.80282% | 7100-000 | | 89.21 | 548.81 |

| | | | Page Subtotals | | 0.00 | 545.99 | |

Ver: 17.02d

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

Case No:    09-25378 -KRM
Case Name:    MORALES, VICENTE ORLANDO
    MORALES, DAMARIS
Taxpayer ID No:    *******6197
For Period Ending: 05/29/13

Trustee Name:    ANGELA WELCH ESPOSITO, TRUSTEE
Bank Name:    Union Bank
Account Number / CD #:    *******2091  Checking Account

Blanket Bond (per case limit):    $ 47,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | NORFOLK VA 23541 | | | | | |
| 03/14/13 | 000328 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | Claim 000033, Payment 1.80285% | 7100-000 | | 76.13 | 472.68 |
| 03/14/13 | 000329 | LVNV Funding LLC its successors and assigns as assignee of Chase Bank USA, N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000034, Payment 1.80289% | 7100-000 | | 247.04 | 225.64 |
| 03/14/13 | 000330 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 | Claim 000035, Payment 1.80320% | 7100-000 | | 11.99 | 213.65 |
| 03/14/13 | 000331 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 | Claim 000036, Payment 1.80266% | 7100-000 | | 32.11 | 181.54 |
| 03/14/13 | 000332 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 | Claim 000037, Payment 1.80286% | 7100-000 | | 46.66 | 134.88 |
| 03/14/13 | 000333 | Sallie Mae Inc, on behalf of the Department of Education DOE P.O. Box 740351 Atlanta, GA 30374-0351 | Claim 000038, Payment 1.80296% | 7100-000 | | 50.66 | 84.22 |
| 03/14/13 | 000334 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 | Claim 000039, Payment 1.80305% | 7100-000 | | 48.61 | 35.61 |

Page Subtotals    0.00    513.20

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 18)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-25378  -KRM | |
| Case Name: | MORALES, VICENTE ORLANDO | |
| | MORALES, DAMARIS | |
| Taxpayer ID No: | *******6197 | |
| For Period Ending: | 05/29/13 | |

| | |
|---|---|
| Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2091  Checking Account |
| Blanket Bond (per case limit): | $ 47,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/13 | 000335 | Charlotte, NC 28272-1083<br>Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000040, Payment 1.80345% | | | 7100-000 | | 8.37 | 27.24 |
| 03/14/13 | 000336 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000045, Payment 1.80064% | | | 7100-000 | | 5.60 | 21.64 |
| 03/14/13 | 000337 | United States Bankruptcy Court<br>FL | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT | | | | | 21.64 | 0.00 |
| | | | ITEM # | CLAIM # | DIVIDEND | | | | |
| | | | ============================== | | | | | | |
| | | | 7 | 000007 | 3.60 | 7100-001 | | | |
| | | | 11 | 000011 | 3.64 | 7100-001 | | | |
| | | | 12 | 000012 | 4.88 | 7100-001 | | | |
| | | | 27 | 000027 | 3.52 | 7100-001 | | | |
| | | | 32 | 000032 | 1.82 | 7100-001 | | | |
| | | | 42 | 000042 | 4.18 | 7100-001 | | | |
| * 04/21/13 | 000306 | Wachovia Card Services<br>C/O Bankruptcy R4057-01P<br>PO Box 13765<br>Roanoke, VA 24037-3765 | Claim 000002, Payment 1.80293% | | | 7100-003 | | -164.11 | 164.11 |
| 04/21/13 | 000338 | Wachovia /Wells Fargo Credit Card<br>PO Box 30086<br>Los Angeles, CA  90030-0086 | Claim 000002, Payment 1.80293% | | | 7100-000 | | 164.11 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 35.61 |

Ver: 17.02d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-25378  -KRM | |
| Case Name: | MORALES, VICENTE ORLANDO | |
| | MORALES, DAMARIS | |
| Taxpayer ID No: | *******6197 | |
| For Period Ending: | 05/29/13 | |

| | |
|---|---|
| Trustee Name: | ANGELA WELCH ESPOSITO, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******2091  Checking Account |
| Blanket Bond (per case limit): | $  47,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 9,000.00 | COLUMN TOTALS | 5,076.77 | 5,076.77 | 0.00 |
| | Memo Allocation Disbursements: | 4,600.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 5,076.77 | 5,076.77 | |
| | Memo Allocation Net: | 4,400.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 5,076.77 | 5,076.77 | |
| | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 9,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 4,600.00 | Checking Account - *******2091 | 5,076.77 | 5,076.77 | 0.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 4,400.00 | | 5,076.77 | 5,076.77 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 17.02d

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*